In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00167-CV


____________________



IN THE INTEREST OF A.J.R.






On Appeal from the County Court 


Polk County, Texas


Trial Cause No. PC04090A






MEMORANDUM OPINION


 On May 11, 2009, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant explained
why additional time was needed to file the record. We also notified the parties that the
appeal would be dismissed unless the appellant remitted the filing fee for the appeal. 
Appellant presented a motion, without the filing fee, requesting sixty additional days to file
the reporter's record. That time has lapsed without the filing of the record or payment of the
fees due. The appellant did not file an affidavit of indigence and is not entitled to proceed
without payment of costs. See Tex. R. App. P. 20.1. There being no satisfactory explanation
for the failure to file the record, and there being no reasonable explanation for the failure to
pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. Tex. R.
App. P. 37.3(b), 42.3. Costs are assessed against the appellant.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered July 16, 2009


Before Gaultney, Kreger, and Horton, JJ.